**EXHIBIT 2:** INFRINGEMENT #1
URL: https://www.facebook.com/reel/1263960634262331



**EXHIBIT 2:** INFRINGEMENT #2
URL: https://www.instagram.com/p/CsChGGhtQWz/

